UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

TROY ACREE,                )
                           )
        Plaintiff,         )
                           )   Cause No. 4:12-cv-4040DRB
v.                         )
                           )
BNSF RAILWAY COMPANY,      )
                           )
        Defendant.         )

## STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendant, BNSF Railway Company, that said cause having been settled and agreed upon may be dismissed with prejudice as to Defendant, BNSF Railway Company with each party bearing its own costs.

| **BLUNT SLOCOMB LTD** | **BOYLE BRASHER LLC** |
|---|---|
| /s/ Paul Slocomb | /s/ Thomas L. Bell |
| Mr. Paul Slocomb, #6226129 | Thomas L. Bell, #6230769 |
| 1115 Locust Street, 4th Floor | One Metropolitan Square |
| St. Louis, MO 63101 | 211 N. Broadway, Suite 2300 |
| Ph: 314-231-5676; Fax: 314-231-0323 | St. Louis, MO 63102 |
| paulslocomb@yahoo.com | Ph: 314-621-7700; Fax: 314-621-1088 |
| | tbell@boylebrasher.com |

SO ORDERED: _____   _____
                                      Date